AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 4 2004

at 1 o'clock and 46 min. P M
WALTER A.Y.H. CHINN, CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**REUBEN SILVA, aka "Blackie"**
(Defendant's Name)

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: 1:00CR00105-003
USM Number: 87751-022
Shanlyn Park, AFPD
Defendant's Attorney

**THE DEFENDANT:**
[✔] admitted guilt to violation of condition(s) General Condition of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Pursuant to an indictment filed in the District of Hawaii on 10/1/2003, the subject engaged in conduct constituting False Declarations Before Grand Jury or Court in violation of 18 U.S.C. §1623. | |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 5927

Defendant's Residence Address:
Unknown

Defendant's Mailing Address:
Unknown

September 8, 2004
Date of Imposition of Sentence

Signature of Judicial Officer

DAVID ALAN EZRA, Chief United States District Judge
Name & Title of Judicial Officer

Sept. 13, 2004
Date

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| CASE NUMBER: | 1:00CR00105-003 | |
|---|---|---|
| DEFENDANT: | REUBEN SILVA, aka "Blackie" | Judgment - Page 2 of 2 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ONE DAY.

This term consists of ONE (1) DAY as to Counts 6 and 12 in Criminal No. CR 00-00105DAE-03; and Count 1 in Criminal No. CR 00-00201DAE-02; to be served consecutively with Criminal No. CR 03-00487DAE.

[✔]  The court makes the following recommendations to the Bureau of Prisons:
FDC Honolulu

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal